843 A.2d 1222

**Timmy JOHNSON, Appellant**

**v.**

**Thomas LAVAN, Superintendent of State Correctional Institution Dallas;  Jeffrey Beard, Commissioner, Department of Corrections;  William F. Ward, Chairman, Pennsylvania Board of Probation Parole, et. al., Appellees.**

Supreme Court of Pennsylvania.

Feb. 6, 2004.

### ORDER

PER CURIAM.

**AND NOW,** this 6th day of February, 2004, the order of the lower court is affirmed.